TEXAS 15,040-05
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

DATE 8-26-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

RE: MOTION FOR LEAVE

RE: ORIGINAL APPLICATION
FOR WRIT OF HABEAS
CORPUS
RE: WR- 15,040-04

CLERK, ENCLOSED IS MOTION FOR LEAVE AND ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS. PLEASE FILE WITH THE COURT FOR CONSIDERATION.

NATHANIEL MADEN #1702936
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

RESPECTFULLY,

x Nathaniel Maden
APPLICANT

This document contains some
pages that are of poor quality
at the time of imaging.

WR-15-040-04

§ IN THE COURT OF CRIMINAL APPEALS

EX PARTE

§ STATE OF TEXAS

NATHANIEL MADEN

§
§
§
§

## MOTION FOR LEAVE

TO THE HONORABLE JUDGES OF SAID COURT COMES NOW, NATHANIEL MADEN, THE APPLICANT, AND FILES MOTION FOR LEAVE TO FILE AN ORIGINAL APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO TEX. RULE OF APPELLATE PROCEDURE 72.1 SEEKING DISPOSITION AS LAW AND JUSTICE WOULD REQUIRE UNDER TEX. R. APP. PROC 72.2 AND RULE 52.7 . IN SUPPORT, THE APPLICANT WILL SHOW AS FOLLOWS:

THE COURT OF CRIMINAL APPEALS MAY MAKE ANY OTHER APPROPRIATE ORDER REQUIRED BY THE LAW AND NATURE OF THE CASE. SEE TEX. R. APP. PROC. 78.3 .

THE NATURE OF THIS CASE INVOLVE THE DENIAL OF DUE PROCESS BECAUSE NO HEARING WAS CONDUCTED IN THE TRIAL COURT WHICH DENIES THE APPLICANT A FAIR OPPORTUNITY TO REBUT THE PRESUMPTION THAT COUNSEL ACTED REASONABLE UNDER STRICKLAND V WASHINGTON 466 U.S. 668 (1984).

WR-15-040-04

EX PARTE

NATHANIEL MADEN

§   IN THE COURT OF CRIMINAL APPEALS

§       STATE OF TEXAS

§

§

§

ORIGINAL APPLICATION
FOR WRIT OF HABEAS
CORPUS

TO THE HONORABLE JUDGES OF SAID COURT COMES NOW, NATHANIEL MADEN, THE APPLICANT, AND FILES ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO TEX. RULE. APP. PROC 72.1. IN SUPPORT, APPLICANT PROVIDES AS FOLLOWS:

TRIAL COURT CAUSE 2010-428,469-C

ON JULY 22, 2015, THIS COURT DENIED WITHOUT WRITTEN ORDER AND WITHOUT A HEARING THE POST CONVICTION WRIT OF HABEAS CORPUS UNDER ARTICLE 11.07 V.A.C.C.P. SEE WR-15,040,04.

## THE LAW

A DEFENDANT MUST OVERCOME THE STRONG PRESUMPTION THAT AN ATTORNEY'S ACTIONS WERE SOUND TRIAL STRATEGY. STRICKLAND, 104 S.CT. AT 2065.

TRIAL COUNSEL SHOULD ORDINARILY BE AFFORDED AN OPPORTUNITY TO EXPLAIN HIS ACTIONS BEFORE BEING DENOUNCED AS INEFFECTIVE. SEE RYLANDER V STATE 101 S.W.3d 107, 110-11 (TEX.CR.APP. 2003).

PERSON WITH MOST, IF NOT EXCLUSIVE, KNOWLEDGE OF THE SALIENT FACTS REGARDING AN INEFFECTIVENESS CLAIM IS USUALLY DEFENDANT'S TRIAL COUNSEL. SEE CHARLES V STATE 146 S.W.3d 204, 210 (TEX.CR.APP. 2004).

WHEN THE RECORD IS SILENT AS TO COUNSELS' TRIAL STRATEGY, AN APPELLATE COURT MAY NOT SPECULATE ABOUT WHY COUNSEL ACTED AS HE DID. JACKSON V STATE 877 S.W.2d 768, 771 (TEX. CRIM. APP. 1994).

IN THE ABSENCE OF SUCH TESTIMONY, AN APPELLATE COURT CANNOT MEANINGFULLY ADDRESS CLAIMS OF INEFFECTIVENESS. SEE DAVIS V STATE 930 S.W.2d 765, 769 (TEX. APP.-HOUSTON 1996).

# RECORD DEVELOPMENT

EVEN A PAPER HEARING IN THE TRIAL COURT WOULD HAVE POSSIBLY BEEN SUFFICIENT UNDER THE U.S. CONSTITUTION TO DEVELOP THE FACTS NECESSARY TO PROPERLY RESOLVE APPLICANTS' SIXTH AMENDMENT INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS. SEE LIVINGSTON V JOHNSON 107 F.3d 297, 302 (5TH CIR. 1997).

WHEN THE MATERIAL FACTS HAVE NOT BEEN DEVELOPED IN THE STATE COURT, THE UNDEVELOPED EVIDENCE IS SUFFICIENT TO CALL INTO QUESTION THE RELIABILITY OF THE STATE COURTS' DETERMINATION OF APPLICANTS' FEDERAL CLAIMS. SEE STREETMAN V LYNAUGH 812 F.2d 950 (5TH CIR 1987).

IN THIS CASE, THE APPLICANT WAS NOT PROVIDED NO TYPE OF HEARING. THE APPLICANT HAS BEEN DENIED DUE PROCESS UNDER THE 14TH AMENDMENT INSIDE THE STATES' HABEAS CORPUS PROCEEDINGS.

## PRAYER

WHEREFORE, APPLICANT PRAYS THE COURT EXERCISE IT'S OTHER ORDERS AUTHORITY PURSUANT TO TEX. R. APP. PROC. 78.3 AND ORDER THAT FURTHER RECORD DEVELOPMENT IN THE TRIAL COURT.

RESPECTFULLY,

x _Nathaniel Maden_
APPLICANT

## UNSWORN DECLARATION

APPLICANT VERIFY THE FOREGOING FACTS STATED HEREIN IS TRUE AND CORRECT.

ON THIS 26TH
DAY OF AUGUST 2015

x _Nathaniell Maden_
APPLICANT